UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:03-cr-00197-SEB-DKL – 2 |
| GERALD RACHELL, | ) ) | 1:12-cr-00185-SEB-MJD – 8 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Gerald Rachell's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months in the custody of the Attorney General or his designee, with no supervised release to follow under cause number 1:03-cr-00197; and 18 months in the custody of the Attorney General or his designee, with no supervised release to follow under cause number 1:12-cr-00185, to run concurrently. The Court recommends that the Defendant be designated to FCI Manchester.

SO ORDERED.

1/15/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service